**No. 61121.**—The Otto Gerdau Co. v. United States, protest 311490–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.